# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1518
_____

Sheila Lewis,                                    *
                                                 *
              Appellant,                         *
                                                 *    Appeal from the United States
       v.                                        *    District Court for the
                                                 *    Eastern District of Arkansas.
Graphic Packaging International, Inc.,            *
                                                 *    [UNPUBLISHED]
              Appellee.                          *

_____

Submitted: October 12, 2011
Filed: October 13, 2011
_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.
_____

PER CURIAM.

Sheila Lewis appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. We deny her motion to supplement the appendix with evidence that was never submitted to the district court. See Allen v. U.S. Air Force, 603 F.3d 423, 433-34 (8th Cir.), cert. denied, 131 S. Ct. 830 (2010). After careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.